IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRIAN KEITH FIELDER
          SILVIA LIZZETTE FIELDER
          119 SLOCUM ST
          LANCASTER, OH  43130

Case No: 10-64005

Chapter 13

Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on January 16, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRIAN KEITH FIELDER
SILVIA LIZZETTE FIELDER
119 SLOCUM ST
LANCASTER, OH  43130

Case No: 10-64005

Chapter 13

Judge: John E. Hoffman Jr.

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

---

The Case was commenced on November 30, 2010.
The plan was confirmed on January 24, 2011.
The Case was concluded on January 16, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:          17,791.02

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ATTORNEY GENERAL STATE OF OHIO 00007     PRIORITY | 368.19 | 327.70 | 0.00 | 40.49 |
| ATTORNEY GENERAL STATE OF OHIO 00042     UNSECURED | 63.46 | 63.46 | 0.00 | 0.00 |
| BRIAN KEITH FIELDER 00000     DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Bruce Baker D.D.S 00009     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Capital One Bank Usa Na 00010     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SRVS LLC 00037     UNSECURED | 8.50 | 8.50 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SRVS LLC 00036     UNSECURED | 7.29 | 7.29 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00029     UNSECURED | 44.48 | 44.48 | 0.00 | 0.00 |
| Fairfield County Child Support 00012     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FAIRFIELD EMERGENCY PHYSICIANS 00013     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FAIRFIELD MEDICAL CTR 00014     UNSECURED | 3.35 | 3.35 | 0.00 | 0.00 |
| FAIRFIELD NATIONAL BANK 00002     SECURED-506 | 7,000.00 | 7,000.00 | 802.09 | 0.00 |
| FAIRFIELD NATIONAL BANK 10002     UNSECURED | 3.43 | 3.43 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 10-64005   BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|
| | | PRINCIPAL | INTEREST | |
| Family Health 00015      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Great Seneca Financial 00016      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP 00017      UNSECURED | 78.80 | 78.80 | 0.00 | 0.00 |
| Household Bank 00018      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC CONSUMER LENDING MTG SERV 00001      UNSECURED | Surrendered | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00039      UNSECURED | 94.75 | 94.75 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00004      PRIORITY | 1,951.35 | 1,951.35 | 0.00 | 0.00 |
| JOHN REILLY VACPO 00022      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Lancaster City School Taxes 00006      PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| LANCASTER INCOME TAX 00005      PRIORITY | 2,505.51 | 2,505.51 | 0.00 | 0.00 |
| LANCASTER INCOME TAX 00035      UNSECURED | 9.53 | 9.53 | 0.00 | 0.00 |
| Meade & Associates 00020      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MEADE & ASSOCIATES 00023      UNSECURED | 16.10 | 16.10 | 0.00 | 0.00 |
| MICHAEL NOLAN ESQ 00021      UNSECURED | 7.28 | 7.28 | 0.00 | 0.00 |
| Noemi Fielder 00038      NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| Noemi Fielder 00003      DOMESTIC SUPPORT | Paid outside | 0.00 | 0.00 | 0.00 |
| Ohio Rehab & Diagnostic Center 00024      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC 00025      UNSECURED | 14.14 | 14.14 | 0.00 | 0.00 |
| Pediatrics Association Of Lancaster 00026      UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00008      UNSECURED | 152.89 | 152.89 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00011      UNSECURED | 35.78 | 35.78 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00032      UNSECURED | 46.09 | 46.09 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00019      UNSECURED | 11.81 | 11.81 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00040      UNSECURED | 2.83 | 2.83 | 0.00 | 0.00 |
| PRA Rec. Agent Of Portfolio 00041      UNSECURED | 12.63 | 12.63 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-64005    BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| PRA Rec. Agent Of Portfolio 00027     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PRA Recievables 00028     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES 00031     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Riverview Center 00030     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Senex Service Corp. 00033     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SILVIA LIZZETTE FIELDER 00000     DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Stair Acquistions, Inc. 00034     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Debtor refund to be issued upon the approval of the Final Report and Account | 466.64 | 466.64 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 7,000.00 | 4,825.05 | 61,313.27 | 0.00 | 466.64 | 73,604.96 |
| PRIN PAID | 7,000.00 | 4,784.56 | 613.14 | 0.00 | 466.64 | 12,864.34 |
| INT PAID | 802.09 | 0.00 | 0.00 | 0.00 | | 802.09 |
| | | | | | TOTAL PAID: | 13,666.43 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| | | ALLOWED | TOTAL PAID |
|---|---|---|---|
| DEBTOR'S ATTORNEY MARK ALBERT HERDER ESQ | | 3,374.00 | 3,374.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 745.04 | 0.00 | 5.55 | 750.59 |

Dated: 02/11/2015

/s/ Faye D. English

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRIAN KEITH FIELDER
      SILVIA LIZZETTE FIELDER
      119 SLOCUM ST
      LANCASTER, OH  43130

Case No: 10-64005

Chapter 13

Judge: John E. Hoffman Jr.

---

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRIAN KEITH FIELDER                                    Case No: 10-64005
        SILVIA LIZZETTE FIELDER
        119 SLOCUM ST                                         Chapter 13
        LANCASTER, OH  43130
                                                              Judge: John E. Hoffman Jr.

| CERTIFICATE OF SERVICE |
|---|

I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final
Payment and Case History was served on the following registered ECF participants,
electronically through the Court's ECF System at the e-mail address registered with the Court,
or by ordinary U.S. mail, postage prepaid, on this date.


Dated 2/11/2015                                 /s/ Faye D English
                                                _____
                                                Electronically signed by
                                                Faye D English, Chapter 13 Trustee


By the Court's ECF System:

Asst. U.S. Trustee
Faye D English, Chapter 13 Trustee
, Attorney for Debtor


By ordinary U.S. Mail addressed to:



**Plus all parties on the attached Creditor
Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-64005   BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

Creditor Matrix for Case Number 10-64005

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Beneficial Financial I, Inc. | | | | 000000000 |
| East Bay Funding, LLC | c/o Resurgent Capital Services PO Box 288 | GREENVILLE | SC | 296030000 |
| HSBC Consumer Lending Mortgage Services, Inc | | | | 000000000 |
| HSBC Mortgage Services, Inc | | | | 000000000 |
| Harley-Davidson Credit Corporation | 14841 Dallas Parkway Suite 300 | Dallas | TX | 752540000 |
| Passaic County Probation Division Child Supp | John Reilly, VACPO 63-65 Hamilton Street | Paterson | NJ | 075050000 |
| Vativ Recovery Solutions, LLC | PO Box 40728 | Houston | TX | 772400728 |
| American Collection Systems | Rep For OH Rehab Diagnostics Center 2500 Corporate Drive | Columbus | OH | 432310000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| Attny Mike Nolan | Rep For Mike Brooks 55 West Washington Street | Nelsonville | OH | 457640000 |
| Attorney General State Of Ohio | Collection Enforcement | Columbus | OH | 432150000 |
| Beneficial | PO Box 3425 | Buffalo | NY | 142409733 |
| Beneficial | Po Box 4153-K | Carol Stream | IL | 601974153 |
| Beneficial Finance | P.O. Box 15518 | Wilmington | DE | 198505518 |
| Beneficial Finance | P.O. Box 5233 | Carol Stream | IL | 601975233 |
| HSBC Bank | PO Box 81622 | Salinas | CA | 939121622 |
| HSBC Consumer Lending | 961 Weigel Drive | Elmhurst | IL | 601260000 |
| HSBC Consumer Lending Mortgage Services | servicer for Beneficial Ohio Inc. PO Box 21188 | Eagan | MN | 551210000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-64005    BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

| | | | | |
|---|---|---|---|---|
| Harley Davidson | 4150 Technology Way | Carson City | NV | 897060000 |
| Harley Davidson Credit | Po Box 21908 | Carson City | NV | 897211908 |
| Household Bank | 12447 SW 69th Avenue | Tigard | OR | 972238517 |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia | PA | 191017346 |
| Internal Revenue Service | PO Box 21125 | Philadelphia | PA | 191140000 |
| Internal Revenue Service | PO Box 9019 | Holtsville | NY | 117429019 |
| Internal Revenue Service | Po Box 21126 Stop N781 | Philidelphia | PA | 191140000 |
| JCPenney | PO Box 960090 | Orlando | FL | 328960090 |
| JCPenney | PO Box 981131 | El Paso | TX | 799980000 |
| JCPenney | PO Box 981402 | El Paso | TX | 799981402 |
| John Reilly VACPO | Passaic County Probation Division/Child Support | Paterson | NJ | 075050000 |
| Lancaster City Income Taxes | 104 East Main Street | Lancaster | OH | 431300000 |
| Lancaster City Income Taxes | PO Box 128 | Lancaster | OH | 431300128 |
| Lancaster City School Taxes | PO Box 182388 | Columbus | OH | 432182388 |
| Lawrence A. Heiser, Esq. | Rep For Dept. Of Taxation Pers. Income 16 E. Broadway, PO Box 309 | Wellston | OH | 456920000 |
| Lawrence A. Heiser, Esq. | Rep For Dept. Of Taxation School Distict 16 E. Broadway, PO Box 309 | Wellston | OH | 456920000 |
| Meade & Associates | Rep For Various Creditors 737 Enterprise Dr. | Westerville | OH | 430810000 |
| Meade And Associates | Rep For Ohio Orthopedic Associates 737 Enterprise Drive | Westerville | OH | 430818885 |
| Mike Brooks | 200 Pine Grove Drive | Nelsonville | OH | 457640000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-64005   BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

| | | | | |
|---|---|---|---|---|
| New Jersey DFD/OCSS | PO Box 716 | Trenton | NJ | 086250000 |
| Noemi Fielder | 22 Doherty Drive East | Clifton | NJ | 070130000 |
| Ohio Attorney General | Rep. For Ohio Department Of Taxation 150 East Gay Street, 21st Floor | Columbus | OH | 432150000 |
| Ohio Department Of Taxation | Compliance Division P.O. Box 182401 | Columbus | OH | 432182401 |
| Ohio Department of Taxation | Bankruptcy Division P.O. Box 530 | Columbus | OH | 432160000 |
| Ohio Orthopedic Center | 2405 North Columbus Street Suite 120 | Lancaster | OH | 431300000 |
| Ohio Rehab & Diagnostic Center | 2405 N. Columbus Street Suite 140 | Lancaster | OH | 431300000 |
| PCB | Rep For Baker 3592 Corporate Drive STE105 | Columbus | OH | 432310000 |
| PCB | Rep For Riverview Center 3592 Corporate Drive STE105 | Columbus | OH | 432310000 |
| PRA Rec. Agent Of Portfolio | PO Box 12914 | Norfolk | VA | 235410000 |
| PRA Recievables | PO Box 12907 | Norfolk | VA | 235410000 |
| HSBC | PO Box 5222 | Carol Stream | IL | 601975222 |
| HARLEY-DAVIDSON CREDIT CORP | POST OFFICE BOX 829009 | DALLAS | TX | 753820000 |
| Great Seneca Financial | PO Box 1651 | Rockville | MD | 208490000 |
| Family Health | 1550 Sheridan Drive | Lancaster | OH | 431300000 |
| Fairfield National Bank | Trevor J Innocenti Esq 117 W Main Street Suite 206 | Lancaster | OH | 431300000 |
| Fairfield Medical Center | Collection Department Po Box 94913 | Cleveland | OH | 441014913 |
| Fairfield Medical Center | 401 N Ewing Street | Lancaster | OH | 431300000 |
| Fairfield Medical Center | 1153 E. Main Street | Lancaster | OH | 431300000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-64005 BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

| | | | | |
|---|---|---|---|---|
| Fairfield Emergency Physicians | Po Box 309 | Akron | OH | 443090000 |
| Fairfield County Child Support | 293 W Main Street | Lancaster | OH | 431300000 |
| Fairfield County CSEA | Rep. For Noemi Fielder 239 West Main Street | Lancaster | OH | 431300000 |
| FFCC- Columbus, Inc, | Rep For Family Health PO Box 20790 | Columbus | OH | 432200000 |
| ESB/Harley Davidson Crdt | PO Box 21829 | Carson City | NV | 897210000 |
| ESB | P.O. Box 21650 | Carson City | NV | 897210000 |
| Chase | PO Box 15298 | Wilmington | DE | 198505298 |
| Chase | Cardmember Service PO Box 15153 | Wilmington | DE | 198865153 |
| Chase | 800 Brooksedge Blvd. | Westeville | OH | 430810000 |
| Capital One Bank USA NA | PO Box 30281 | Salt Lake City | UT | 841300281 |
| Capital One Bank | PO Box 6492 | Carol Stream | IL | 601976492 |
| CALVARY PORTFOLIO SERVICES, LLC | AS ASSIGNEE OF HSBC BANK NEVADA, NA 500 SUMMIT LAKE DRIVE, SUITE 400 | VALHALLA NEW | | 105950000 |
| Bruce Baker D.D.S | 611 N. Broad Street | Lancaster | OH | 431300000 |
| Berks Credit & Coll | Rep For Pediatric Association 900 Corporate Ddrive | Reading | PA | 196050000 |
| Beneficial Ohio Inc. | 961 N. Weigel Ave. | Elmhurst | IL | 601261058 |
| Beneficial Ohio | PO Box 3425 | Buffalo | NY | 142409733 |
| Palisades Acquisition XVI, LLC | 210 Sylvan Ave. | Englewood Cliffs | NJ | 076322524 |
| Palisades Acquisition XVI, LLC | 4660 Trindle Road, Suite 300 | Camp Hill | PA | 170110000 |
| Palisades Acquisition XVI, LLC | C/O Levy & Associates 4645 Exective Drive | Columbus | OH | 432200000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-64005   BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

| | | | | |
|---|---|---|---|---|
| Palisades Acquisition XVI, LLC | Vativ Recovery Solutions LLC As Agent for Palisades Acquisition XVI, | Sugar Land | TX | 774960000 |
| Palisades Collection LLC | Rep For Household 210 Sylvan Avenue | Englewood Clfs | NJ | 076322524 |
| Pediatrics Association Of Lancaster | 1550 Sheridan Drive Suite 102 | Lancaster | OH | 431300000 |
| Pinnacle Credit Services | Rep For Providian Bank 7900 Highway 7 &#035;100 | St. Louis Park | MN | 554260000 |
| Pinnacle Credit Services | Rep For Providian Bank PO Box 640 | Hopkins | MN | 553430640 |
| Portfolio Recovery Associates, LLC | POB 41067 | Norfolk | VA | 235410000 |
| Providian | Po Box 194207 | San Fransisco | CA | 941190000 |
| Riverview Center | 2401 N. Columbus Street | Lancaster | OH | 431300000 |
| Rossman & Co | Rep For Bruce Baker DDS 3592 Corporate Dr.  STE 105 | Columbus | OH | 432310000 |
| Rossman & Co. | Rep For Riverview Center 3590 Corporate Drive STE 105 | Columbus | OH | 432310000 |
| Roundup Funding | PO Box 91121 MS 550 | Seatle | WA | 981110000 |
| Roundup Funding | PO Box 91121 MS 550 | Seattle | WA | 981110000 |
| Roundup Funding, LLC | MS 550 PO Box 91121 | Seattle | WA | 981119221 |
| Sears | Po Box 6189 | Sioux Falls | SD | 571170000 |
| Sears Card | 133200 Smith Road | Cleveland | OH | 441300000 |
| Sears Card | Po Box 183081 | Columbus | OH | 432183081 |
| Sears Card | Po Box 6283 | Sioux Falls | SD | 571176283 |
| Senex Service Corp. | Rep For St. Mary Hospital 3500 Depauw Blvd. STE 3050 | Indianapolis | IN | 462686135 |
| Shapiro Van Ess Phillips & Barragate LLP | Rep For Beneficial 4805 Montgomery Rd. Suite 320 | Norwood | OH | 452120000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 10-64005   BRIAN KEITH FIELDER and SILVIA LIZZETTE FIELDER

| | | | | |
|---|---|---|---|---|
| Shapiro, Van Ess, Phillips & Barragate | Amy Carr, Rep For Beneficial Ohio 4805 Montgobery Rd, Ste 320 | Norwood | OH | 452120000 |
| Stair Acquistions, Inc. | Dba Harry Wolsky Stair Bldr. 547 Motherwel Ave PO Box 967 | Logan | OH | 431380000 |
| Stephens And Michaels Associates Inc. | Rep For Providian PO Box 1022 | Wixom | MI | 483931022 |
| Stephens And Michaels Associates Inc. | Rep For Providian PO Box 109 | Salem | NH | 030790109 |
| UCB Collection | Rep For Fairfield Medical Center 5620 Southwyck Blvd. STE 206 | Toledo | OH | 436140000 |
| UCB Collection | Rep For Fairfield Medical Center PO Box 140190 | Toledo | OH | 436140000 |
| Brian Keith Fielder | 119 Slocum Street | Lancaster | OH | 431300000 |
| Faye D. English | Chapter 13 Trustee 10 West Broad Street | Columbus | OH | 432153449 |
| Mark Albert Herder | 1031 East Broad Street | Columbus | OH | 432050000 |
| Silvia Lizzette Fielder | 119 Slocum Street | Lancaster | OH | 431300000 |

Page 6 of 6                              1064005